UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD BOYD COOPER, | ) | Case No. CV 16-08925-AS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 8, 2018.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE